THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ONE BOX CONTAINING 15 BOTTLES OF GREEN RIVER WHISKY et al., Appellants.

*Intoxicating liquors — search and seizure.*

*People* v. *One Box Containing 15 Bottles of Green River Whisky,* 207 App. Div. 888, affirmed.

(Argued April 3, 1924; decided May 13, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1923, affirming a judgment of the

Erie County Court forfeiting certain intoxicating liquors and directing delivery of the same to the sheriff of Erie county for destruction or lawful sale, the proceeds to be deposited with the county treasurer. Defendant contended that the search and seizure was unreasonable and unlawful.

*Charles J. Knoell* and *Corden T. Hackett* for appellants.

*Guy B. Moore, District Attorney (John J. Kane* and *Walter F. Hofheins* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.